No. 119, Misc.   EX PARTE COPELAND; and

No. 120, Misc.   EX PARTE BERNARD.   March 17, 1947. The motions for leave to file petitions for writs of habeas corpus are denied.